**BAKER v. MOOREFIELD**

[357 N.C. 156 (2003)]

H. WADE BAKER AND WIFE, LOLA W. BAKER; JACOB L. BAKER (WIDOWER); AND JACOB L. WHITAKER, EXECUTOR OF THE ESTATE OF GOLDEN McCLELLAN BAKER AND EXECUTOR OF THE ESTATE OF ETHEL PAULINE WHITAKER BAKER, PETITIONERS V. CLYDE GRAY MOOREFIELD AND WIFE, DONNA W. MOOREFIELD, RESPONDENTS

No. 650A02

(Filed 2 May 2003)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 154 N.C. App. 134, 571 S.E.2d 680 (2002), affirming a judgment entered 20 September 2001 by Judge Clarence E. Horton, Jr., in Superior Court, Stokes County. Heard in the Supreme Court 10 April 2003.

*David B. Hough for petitioner-appellants.*

*Stover and Bennett, by Michael R. Bennett, for respondent-appellees.*

PER CURIAM.

AFFIRMED.